SHARON YOLANDA WILLIAMS
NAME

X-20490
PRISON NUMBER

CENTRAL CALIFORNIA WOMEN'S FACILITY
P.O. BOX 1508
CURRENT ADDRESS OR PLACE OF CONFINEMENT

CHOWCHILLA, CA 93610-1508
CITY, STATE, ZIP CODE

FILED
2007 DEC 17 AM 9:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ Kwk _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2345    JLS JMA

SHARON YOLANDA WILLIAMS ,
(FULL NAME OF PETITIONER)
**PETITIONER**

v.

DEBORAH PAATRICK ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**
and

JERRY BROWN ,
The Attorney General of the State of California, Additional Respondent.

Civil No _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   SAN DIEGO COUNTY SUPERIOR COURT

2. Date of judgment of conviction: AUGUST 1, 2006

3. Trial court case number of the judgment of conviction being challenged:
   A) SDC 192976  B) SCS 198779  C) SCS 192457  D) SCS 193480

4. Length of sentence: 8 YEARS, 8 MONTHS

CIV 68 (Rev. Jan. 2006)                                                                cv

5. Sentence start date and projected release date:


6. Offense(s) for which you were convicted or pleaded guilty (all counts):
   PETITIONER WAS SENTENCED ON 8/1/06 TO 11 YEARS. ON 9/6/07 THE COURT RECALLED THE SENTENCE AND IT WAS CORRECTED : 8 YEARS, 8 MONTHS.

   *See Exhibit A*

7. What was your plea? (CHECK ONE)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury
   (b) Judge only

9. Did you testify at the trial?
   Yes    No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: CONVICTION AND SENTENCE AFFIRMED
    (b) Date of result (if known): JUNE 19, 2007
    (c) Case number and citation (if known): D049575
    (d) Names of Judges participating in case (if known):
        UNKNOWN
    (e) Grounds raised on direct appeal:
        THE COURT ERRED IN DENYING THE MOTION TO STRIKE THE 1986 "STRIKE" CONVICTION.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: PETITION FOR REVIEW DENIED.
    (b) Date of result (if known): AUGUST 29, 2007
    (c) Case number and citation (if known):
        S154649
    (d) Grounds raised:
        THE COURT ERRED IN DENYING THE MOTION TO STRIKE THE 1986 "STRIKE" CONVICTION.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: N/A
    (b) Date of result (if known): N/A
    (c) Case number and citation (if known):
        N/A
    (d) Grounds raised:
        N/A

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number (if known):
    (b) Nature of proceeding: N/A
    (c) Grounds raised: N/A

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes   No   N/A
    (e) Result: N/A
    (f) Date of result (if known):

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known): N/A
    (b) Nature of proceeding:
    (c) Names of Judges participating in case (if known)

    (d) Grounds raised: N/A

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No
    (f) Result: N/A
    (g) Date of result (if known):

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known): N/A
    (b) Nature of proceeding:

    (c) Grounds raised:

    N/A

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No
        N/A
    (e) Result:
    (f) Date of result (if known):

    N/A

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

THE ISSUES, CALIMS, AND GROUNDS SET FORTH IN THIS PETITION FOR WRIT OF HABEAS CORPUS HAVE EXHAUSTED ALL AVAILABLER STATE COURT REMEDIES AND FEDERAL JURISDICTION IS PROPER IN THIS CASE.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
   ☒ Yes   ☐ No        (IF "YES" SKIP TO #22)
   (a) If no, in what federal court was the prior action filed?  N/A
      (i) What was the prior case number?
      (ii) Was the prior action (CHECK ONE):
         Denied on the merits?
         Dismissed for procedural reasons?  N/A
      (iii) Date of decision:
   (b) Were any of the issues in this current petition also raised in the prior federal petition?
         Yes   No   N/A
   (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
         Yes   No   N/A

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**:
   PETITIONER CONTENDS THAT THE SAN DIEGO COUNTY SUPERIOR COURT IMPROPERLY IMPOSED AN 8 YEAR, 8 MONTH STATE PRISON SENTENCE THAT EXCEEDS ITS JURISDICTION TO VIOLATE THE LAWS AND TREATIES TO THE UNITED STATES CONSTITUTION.

   **Supporting FACTS**:
   PETITIONER WAS ARRSTED FOR VARIOUS CRIMINAL OFFENSES AND STATE AUTHORITIES PROSECUTED SAME. THE STATE COURTS CONSOLIDATED THE CHARGED OFFENSES. THEN, PETITIONER NEGOTIATED A PLEA BARGAIN, TO WIT, AND THE CALCULATED SENTENCE IMPOSED ON 8/1/06 INITIALLY WAS 11 YEARS. THE SENTENCE WAS RECALLED AND CORRECTED ON 9/6/06. AS A PRECEDENT AND CONCURRENT CONDITION TO THE PLEA BARGAIN, A STIPULATION AUTHORIZED PETITIONER TO CHALLENGE THE ERRONEOUS ADVERSE ORDER BECAUSE THE CONSTITUTIONALITY OF THE 1986 PRIOR CONVICTION USED TO DOUBLE THE BASE TERM RESULTED IN AN ABUSE OF DISCRETION. AT THE ONSET, THE INFORMATION FILED IN THE SAN DIEGO COUNTY SUPERIOR COURT CHARGED PETITIONER: COUNT 2A HS 113561.5; COUNT 3B PEN. C. 496(a); COUNT 3C H&S 1150(a); AND 1D 11350(a). Thereafter, the prosecutor representing the state of Calif conceded to the condition that the prior felony conviction can be challenged because its validity may be constitutionally infirm. Hence, Petitioner appealed the subsequent judgment of conviction in the state Court of appeals and the California Supreme Court alleging the prior conviction cannot stand because the one-sided exercise of discretion cannot be deemed reasonable. In other words, the trial court used a mechanical sentencing procedure denying Petitioner the right to individual consideration. Such a denial amounts to a violation of due process of law. The failure to give due consideration in the recidivist context is an unreasonable application of clearly established United States Supreme Court precedent. The state court failed or misapprehended the nature and circumstances of the 1986 "strike" conviction.

   **Did you raise GROUND ONE in the California Supreme Court?**
   ☒ Yes ☐ No.

   If yes, answer the following:
   (1) Nature of proceeding (i.e., petition for review, ~~habeas petition~~):
   (2) Case number or citation: S154649
   (3) Result (attach a copy of the court's opinion or order if available):
   See Exhibit B

**(b) GROUND TWO:**
                    N/A

**Supporting FACTS:**
                    N/A

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☒ No.

    If yes, answer the following:  N/A

    (1) Nature of proceeding (i.e., petition for review, habeas petition):

    (2) Case number or citation:  N/A

    (3) Result (attach a copy of the court's opinion or order if available):

    N/A

**(c) GROUND THREE:**
            N/A


**Supporting FACTS:**
            N/A











            **Did you raise GROUND THREE in the California Supreme Court?**

            ☐ Yes ☒ No.
                        If yes, answer the following:   N/A
                        (1)   Nature of proceeding (i.e., petition for review, habeas petition):
                        (2)   Case number or citation:   N/A
                        (3)   Result (attach a copy of the court's opinion or order if available):

                                                    N/A

CIV 68 (Rev. Jan. 2006)
                                    -8-                                                     cv

(d) **GROUND FOUR**:
    N/A


**Supporting FACTS**:
    N/A

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☒ No.

If yes, answer the following:   N/A

  (1) Nature of proceeding (i.e., petition for review, habeas petition):

  (2) Case number or citation:   N/A

  (3) Result (attach a copy of the court's opinion or order if available):

        N/A

CIV 68 (Rev. Jan. 2006)                    -9-                              cv

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes   ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court:
    (b) Case Number:
    (c) Date action filed:
    (d) Nature of proceeding:

    (e) Name(s) of judges (if known):
    (f) Grounds raised:

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes     No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ........ J. LUIS GUERRERO, DEPUTY PUBLIC DEFENDER
                                        765 THIRD AVENUE, CHULA VISTA, CA 91910-5842

    (b) At arraignment and plea ....... J. LUIS GUERRERO, DEPUTY PUBLIC DEFENDER
                                        765 THIRD AVENUE, CHULA VISTA, CA 91910-5842

    (c) At trial ..................... PETITIONER ENTERED A GUILTY PLEA ON THE CASE

    (d) At sentencing ............... J. LUIS GUERRERO, DEPUTY PUBLIC DEFENDER
                                      765 THIRD AVENUE, CHULA VISTA, CA 91910-5842

    (e) On appeal ................... ELIZABETH A. MISSAKIAN, APPELLATE COUNSEL
                                      P.O. BOX 33368, SAN DIEGO, CA 92163

    (f) In any post-conviction proceeding . PETITIONER HAS NOT RAISED ANY OTHER GROUND FOR
                                            COLLATERAL RELIEF

    (g) On appeal from any adverse ruling in a post-conviction proceeding:
                                      PETITIONER HAS ONLY HAD (1) APPELLATE COUNSEL AS
                                      STATED.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes  ☒ No
    (a) If so, give name and location of court that imposed sentence to be served in the future:
        N/A
    (b) Give date and length of the future sentence:
        N/A
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes   No
        N/A

28. Consent to Magistrate Judge Jurisdiction

    In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.       OR       ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:
    December 11, 2007

CIV 68 (Rev. Jan. 2006)                                -11-                                         cv

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__December 11, 2007__    __Shane Y. Williams__
(DATE)                    SIGNATURE OF PETITIONER

Case 3:07-cv-02345-JLS-JMA     Document 1     Filed 12/17/2007     Page 13 of 20

**ABSTRACT OF JUDGMENT    EXHIBIT A**

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

☒ SUPERIOR  COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
☐ MUNICIPAL  BRANCH OR JUDICIAL DISTRICT **SOUTH COUNTY**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **WILLIAMS, SHARON YOLANDA**
AKA: **WILLIAM, SHARON YOLANDA**
CII#: **07394168**
BOOKING #: **06403950**

DOB: **08-11-62**
☐ NOT PRESENT

| Case No. | |
|---|---|
| SCD 192976 | -A |
| SCS 198779 | -B |
| SCS 192457 | -C |
| SCS 193480 | -D |

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT: **FIRST**  ☒ AMENDED ABSTRACT

DATE OF HEARING: **08-01-06**
DEPT. NO.: **16**
JUDGE: **ESTEBAN HERNANDEZ**
CLERK: **J. L. RODRIGUEZ**
REPORTER: **A. BLOOM CSR# 9423**
PROBATION NO. OR PROBATION OFFICER: **621211**
COUNSEL FOR PEOPLE: **S. THOMPSON**
COUNSEL FOR DEFENDANT: **L. GUERRERO** ☒ APPTD.

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2A | HS | 11351.5 | POSS COCAINE BASE FOR SALE | 2005 | 05-24-06 | | | X | L | | | | | | | 6 | 0 |
| 3B | PC | 496(a) | RECEIVING STOLEN PROPERTY | 2005 | 05-24-06 | | | X | M | | | X | | | | 0 | 8 |
| 3C | HS | 11350(a) | POSSESS CNTRLD SUBSTANCE | 2005 | 06-14-06 | | | X | M | X | | | | | | [2 | 0] |
| 1D | HS | 11350(a) | POSSESS CNTRLD SUBSTANCE | 2005 | 06-14-06 | | | X | M | X | | | | | | [2 | 0] |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3B | PC 12022.1(b) | 2 | | | | | | | 2 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ___
7. ☐ Additional indeterminate term (see CR-292).
8. TOTAL TIME: **8** **8**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
*(Continued on reverse)*

Form Adopted by the Judicial Council of California
CR-290 (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code §§ 1213, 1213.5

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | |
|---|---|---|---|
| DEFENDANT: **WILLIAMS, SHARON YOLANDA** | | | |
| **SCD 192976** -A | **SCS 198779** -B | **SCS 192457** -C | **SCS 193480** -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments): **A CASE ONLY**
   a. RESTITUTION FINE of: **$2200** per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: **$2200** per PC 1202.45 suspended unless parole is revoked.
   c. ☐ RESTITUTION of: $_____ per PC 1202.4(f) to       ☐ victim(s)*    ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 11, below.)
      (1) ☐ Amount to be determined.
      (2) ☐ Interest rate of: __% (not to exceed 10% per PC 1202.4(f)(3)(F)).
   d. ☐ LAB FEE of: $____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of $___ per PC 1202.5.

10. TESTING
    a. ☐ AIDS pursuant to    ☐ PC 1202.1    ☐ other (specify):
    b. ☒ DNA pursuant to    ☐ PC 290.2    ☒ other (specify): PC 296

11. Other orders (specify):
RESTITUTION FINES FOR CASES B, C, & D EACH: $800 PER PC 1202.4(b) FORTHWITH PER PC 2085.5 AND $2200 PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED

12. Execution of sentence imposed
    a. ☐ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☒ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| SCD 192976 -A | 188 | 126 | 62 | ☒ 4019 ☐ 2933.1 |
| SCS 198779 -B | 187 | 125 | 62 | ☒ 4019 ☐ 2933.1 |
| SCS 192457 -C | 176 | 118 | 58 | ☒ 4019 ☐ 2933.1 |
| SCS 193480 -D | 174 | 116 | 58 | ☒ 4019 ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED: 09-06-06 | SERVED TIME IN STATE INSTITUTION: ☐ DMH | ☐ CDC | ☐ CRC |
|---|---|---|---|

14. The defendant is remanded to the custody of the sheriff   ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

    To be delivered to   ☒ the reception center designated by the director of the California Department of Corrections.
                         ☐ other (specify): _____

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | | DATE |
|---|---|---|
| J. L. RODRIGUEZ | | 09-15-06 |

CR-290 (Rev. January 1, 1999)    **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**    Page two

**CALIFORNIA SUPREME COURT    EXHIBIT B**

# CALIFORNIA APPELLATE COURTS
### Case Information

**Supreme Court**

Change court

Court data last updated: 12/12/2007 02:53 PM

Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court

## Docket (Register of Actions)

**PEOPLE v. WILLIAMS**
**Case Number S154649**

| Date | Description | Notes |
|---|---|---|
| 07/23/2007 | Petition for review filed | Sharon Yolanda Williams, defendant and appellant Elizabeth Missakian, c/a appointed counsel c/a record requested |
| 07/30/2007 | Received Court of Appeal record | one doghouse |
| 08/29/2007 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



| | |
|---|---|
| Supreme Court | **Supreme Court** |
| Welcome | Court data last updated: 12/12/2007 02:53 PM |
| Search | |
| E-mail | |
| Calendar | |
| Help | |
| Opinions | |

Change court

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

**Lower Court**

**PEOPLE v. WILLIAMS**
**Case Number S154649**

**Court of Appeal District/Division:** Fourth Appellate District, Div. 1
**Court of Appeal Case Number:** D049575
**Disposition:** Affirmed in full
**Disposition Date:** 06/19/2007

Click the above Court of Appeal Case Number link for further information.

**Trial Court:** San Diego County Superior Court - Main
**Trial Court Case Number:** SCD192976

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sharon Yolanda Williams | Patrick, et al |

2007 DEC 17 AM 9:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Madera
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

BY: KNH ___ DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sharon Yolanda Williams
PO Box 1508
Chowchilla, CA 93610
X-20490

ATTORNEYS (IF KNOWN)

'07 CV 2345    JLS JMA

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|

DATE   December 17, 2007

SIGNATURE OF ATTORNEY OF RECORD

```
           UNITED STATES
          DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

         #  145582     - BH
         * * C O P Y * *
         December 17, 2007
              09:22:02


            Habeas Corpus
    USAO #.: 07CV2345 HABEAS FILING
    Judge..: JANIS L. SANMARTINO
    Amount.:              $5.00 CA



         Total->  $5.00



    FROM: HABEAS CORPUS
          WILLIAMS V. PATRICK, ET AL
```