| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 3 | GARY W. SCHONS<br>Senior Assistant Attorney General |
| 4 | KEVIN VIENNA<br>Supervising Deputy Attorney General |
| 5 | DAVID DELGADO-RUCCI, State Bar No. 149090<br>Deputy Attorney General |
| 6 | 110 West A Street, Suite 1100<br>San Diego, CA 92101 |
| 7 | P.O. Box 85266<br>San Diego, CA 92186-5266 |
| 8 | Telephone: (619) 645-2223<br>Fax: (619) 645-2191 |
| 9 | Email: David.DelgadoRucci@doj.ca.gov |
| 10 | Attorneys for Respondent |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON YOLANDA WILLIAMS,**<br><br>Petitioner,<br><br>v.<br><br>**DEBORAH PATRICK, Warden,**<br><br>Respondent. | 07-2345 JLS (JMA)<br><br>NOTICE OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>Oral Argument Not Required |

TO SHARON YOLANDA WILLIAMS, pro se, please take notice that Respondent Deborah L. Patrick, Warden, Central California Women's Facility, Chowchilla, California, by and through her counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, will hereby move the Court for an order dismissing the petition based on untimeliness.

///

///

///

1  WHEREFORE, for the reasons set forth in the accompanying memorandum in support of
2  the dismissal, Respondent respectfully requests that this Court decide the motion without oral
3  argument, because it is unnecessary, and dismiss the Petition for Writ of Habeas Corpus with
4  prejudice.

5  Dated:  February 25, 2008

6  Respectfully submitted,

7  EDMUND G. BROWN JR.
   Attorney General of the State of California

8  DANE R. GILLETTE
   Chief Assistant Attorney General

9
10  GARY W. SCHONS
    Senior Assistant Attorney General

11  KEVIN VIENNA
    Supervising Deputy Attorney General

12

13  s/David Delgado-Rucci

14
15  DAVID DELGADO-RUCCI
    Deputy Attorney General
    Attorneys for Respondent

16

17  DDR:cp
    80210194.wpd
18  SD2007701199

---

Notice of motion to dismiss petition for writ of h.c.                                07-2345 JLS (JMA)

2

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **Williams v. Patrick**

No.:    **07-2345 JLS (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 25, 2008, I served the attached [**NOTICE OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Sharon Yolanda Williams: Petitioner
X-20490
PO Box 1508
Chowchilla CA 93610
[2 copies]

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 25, 2008, at San Diego, California.

Cathey Pryor
Declarant

Signature

80210281.wpd