EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DAVID DELGADO-RUCCI, State Bar No. 149090
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 Email: David.DelgadoRucci@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON YOLANDA WILLIAMS,<br><br>                           Petitioner,<br><br>     v.<br><br>DEBORAH PATRICK, Warden,<br><br>                           Respondent. | 07-2345 JLS (JMA)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE** |

COMES NOW RESPONDENT Deborah L. Patrick, Warden, Central California Women's Facility, Chowchilla, California, by and through her counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, and respectfully requests that the following documents be lodged with the Court in accordance with this Court's order:

   1.  Clerk's Transcript, California Court of Appeal, Fourth Appellate District, Division One, case number D049575; two volumes;

///

1    2.  Petitioner's Opening brief filed in the California Court of Appeal, Fourth Appellate

2  District, Division One, case number D049575;

3    3.  Respondent's brief filed in the California Court of Appeal, Fourth Appellate District,

4  Division One, case number D049575;

5    4.  Petitioner's Reply brief filed in the California Court of Appeal, Fourth Appellate

6  District, Division One, case number D049575;

7    5. Unpublished opinion of the California Court of Appeal, Fourth Appellate District,

8  Division One, case number D049575;

9    6.  Petition for Review, California Supreme Court, case number S154649;

10    7.  Denial of Petition for Review, California Supreme Court, case number S154649;

11    8. Reporter's Transcript, California Court of Appeal, Fourth Appellate District, Division

12  One, case number D049575; one volume.

13    Dated:  February 25, 2008

14    Respectfully submitted,

15    EDMUND G. BROWN JR.
    Attorney General of the State of California

16    DANE R. GILLETTE
    Chief Assistant Attorney General

17    GARY W. SCHONS
18    Senior Assistant Attorney General

    KEVIN VIENNA
19    Supervising Deputy Attorney General

20

21    s/David Delgado-Rucci

22

23    DAVID DELGADO-RUCCI
    Deputy Attorney General
    Attorneys for Respondent

24

25  DDR:cp
    80210205.wpd
26  SD2007701199

27

28

Notice of lodgment                                          07-2345 JLS (JMA)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Williams v. Patrick**

No.:    **07-2345 JLS (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 25, 2008, I served the attached [**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Sharon Yolanda Williams: Petitioner
X-20490
PO Box 1508
Chowchilla CA 93610
[2 copies]

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 25, 2008, at San Diego, California.

| | |
|---|---|
| Cathey Pryor | *[signature]* |
| Declarant | Signature |

80210281.wpd