# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON YOLANDA WILLIAMS,<br><br>                      Petitioner,<br><br>v.<br><br>DEBORAH L. PATRICK, Warden,<br><br>                      Respondent. | Civil No.   07-2345 JLS (JMA)<br><br>**ORDER AFTER FILING OF MOTION TO DISMISS** |

    Respondent filed a Motion to Dismiss Petition for Writ of Habeas Corpus on February 25, 2008.  Petitioner shall file any Opposition to the Motion **not later than March 28, 2008**.

    **IT IS SO ORDERED.**

DATED: February 26, 2008

                                              Jan M. Adler
                                              U.S. Magistrate Judge